UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

PATRICIA KAUFENBERG,

Plaintiff,

vs.

PARK NICOLLET CLINIC,
a Minnesota non-profit corp.,

Defendant.

**Civil No. 00-2108 DWF/AJB**

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation for Dismissal With Prejudice of the parties and upon all the files and proceedings herein,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without the award of costs or disbursements to either party.

BY THE COURT:

Dated: July 26, 2001

The Honorable Donovan W. Frank
Judge, United States District Court

JUL 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

PATRICIA KAUFENBERG,

Plaintiff,

vs.

PARK NICOLLET CLINIC,
a Minnesota non-profit corp.,

Defendant.

**Civil No. 00-2108 DWF/AJB**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned attorneys, that the above-captioned matter may be, and hereby is, dismissed in its entirety on the merits with prejudice, and without costs or disbursements to any party.

Dated: 7-24, 2001.

VOSS & HICKMAN, P.A.

By ______________________
Timothy J. Hickman, Esq. (#229283)
527 Marquette Avenue South, Suite 2355
Minneapolis, Minnesota 55402
(612) 673-0707

ATTORNEYS FOR PLAINTIFF

Dated: 7/24, 2001.

FELHABER, LARSON, FENLON & VOGT, P.A.

By ______________________
David L. Hashmall, Esq. (#138162)
601 2nd Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR DEFENDANT



FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500